**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Karen A. Overstreet
Hearing Location: Marysville, Courtroom 1
Hearing Date: October 22, 2014
Hearing Time: 10:00 am
Response Date: October 15, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| IN RE: | **CHAPTER 7 BANKRUPTCY** |
|---|---|
| SCOTT A MANGUM AND KRISTIN A MANGUM | **NO.: 14-16668-KAO** |
| DEBTORS. | *PROPOSED* **ORDER GRANTING RELIEF FROM STAY TO BANK OF AMERICA, N.A.** |

This matter came before the Court upon Bank of America, N.A. ("Movant")'s motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Movant's motion and further as to the

Proposed Order Granting Relief From Stay
Page 1

RCO LEGAL, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 14-16668-KAO    Doc 14-2    Filed 09/22/14    Ent. 09/22/14 16:29:52    Pg. 1 of 2

property located at 12006 NE 204th Pl #B201, Bothell, WA 98011 ("Property") and legally described as set forth in the Deed of Trust attached to the declaration on file with the court.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Movant, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Movant's motion. Movant, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. It is also ordered that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented By:

By:_____
    Jennifer L. Aspaas, WSBA# 26303
    Attorney for Movant

Proposed Order Granting Relief From Stay
Page 2

RCO LEGAL, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 14-16668-KAO    Doc 14-2    Filed 09/22/14    Ent. 09/22/14 16:29:52    Pg. 2 of 2