RCO Legal, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Karen A. Overstreet
Chapter 7
Hearing Location: Marysville

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE

SCOTT A MANGUM AND
KRISTIN A MANGUM

DEBTORS.

CHAPTER 7

CASE NO.: 14-16668-KAO

**DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, _Lorrie Matheson_, declare under penalty of perjury as follows:

1. I am a/an _Assistant Vice President_ of Bank of America, N.A. ("BANA") and am authorized to sign this declaration on behalf of BANA, as movant ("Movant") with respect to a certain loan (the "Loan") provided to Debtors, which Loan is evidenced by the Note (defined below) and secured by the Deed of Trust (defined below). This Declaration is provided in support of the Motion for Relief from Stay filed by Movant in this proceeding (the "Motion").

2. As part of my job responsibilities for BANA, I am familiar with the types of records maintained by BANA in connection with the Loan and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of BANA that pertain to the Loan and extensions of credit given to Debtors concerning the Property (defined below).

Declaration in Support of Motion for Relief from Stay
14-16668-KAO
Page - 1

RCO LEGAL, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

Case 14-16668-KAO    Doc 15    Filed 09/22/14    Ent. 09/22/14 16:31:18    Pg. 1 of 3

3. The information in this declaration is taken from BANA's business records regarding the Loan. I have personal knowledge of BANA's procedures for creating these types of records. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records. I have personal knowledge of and prior to executing this declaration reviewed the books, records and files of BANA with respect to the Loan that is the subject of the Motion.

4. The Debtors have executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $206,196.00 (the "Note"). A true and correct copy of the Note is attached to the Motion as Exhibit A.

5. As evidenced by the endorsements attached to the Note, the Note has been endorsed in blank. Movant is an entity entitled to enforce the Note because Movant is in possession, either directly or through the use of an authorized agent and/or document custodian, of the Note endorsed in blank.

6. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Deed of Trust are secured by the Property. A copy of the Deed of Trust is attached to the Motion as Exhibit B.

7. As of September 12, 2014, the outstanding amount of the Obligations less any partial payments or suspense balance is $214,458.11.

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal

Declaration in Support of Motion for Relief from Stay
14-16668-KAO
Page - 2

RCO LEGAL, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

Case 14-16668-KAO    Doc 15    Filed 09/22/14    Ent. 09/22/14 16:31:18    Pg. 2 of 3

fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtors as of September 12, 2014:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 4 | April 1, 2013 | July 1, 2013 | $1,312.32 | $5,249.28 |
| 12 | August 1, 2013 | July 1, 2014 | $1,266.19 | $15,194.28 |
| 2 | August 1, 2014 | September 1, 2014 | $1,258.88 | $2,517.76 |

Total: $22,961.32

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of September, 2014.

Name: Lorie Matheson
Title: Assistant Vice President

Declaration in Support of Motion for Relief from Stay
14-16668-KAO
Page - 3

RCO LEGAL, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 14-16668-KAO    Doc 15    Filed 09/22/14    Ent. 09/22/14 16:31:18    Pg. 3 of 3